**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6168**

---

ORIAN LORENZO JORDAN, JR.,

Petitioner - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTION,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-97-15-HC-BO)

---

Submitted: May 1, 1997

Decided: May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Orian Lorenzo Jordan, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Jordan v. North Carolina Dep't Corr.</u>, No. CA-97-15-HC-BO (E.D.N.C. Jan. 15, 1997). We further deny Appellant's motion for release based on an alleged sentencing error by the state trial court. <u>See</u> <u>Felton v. Barnett</u>, 912 F.2d 92, 96 (4th Cir. 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>